UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  3:09-md-02100-DRH-PMF )  ) )  MDL No. 2100 ) |

**This Document Relates To:**

| | |
|---|---|
| *Diaz, Erika M. v. Bayer et al.* | *3:09-cv-10113-DRH-PMF* |
| *Gorman, Starkeisha v. Bayer et al.* | *3:10-cv-10724-DRH-PMF* |
| *Roach, Cheryl v. Bayer et al.* | *3:10-cv-10713-DRH-PMF* |
| *Rockwell, Ashton v. Bayer et al.* | *3:12-cv-10385-DRH-PMF* |
| *Simon, Yolanda v. Bayer et al.* | *3:10-cv-12093-DRH-PMF* |
| *Spalding, Mary v. Bayer et al.* | *3:10-cv-11365-DRH-PMF* |
| *Tanner, Christina v. Bayer et al.* | *3:10-cv-10236-DRH-PMF* |
| *Taylor, Chawntina v. Bayer et al.* | *3:10-cv-12336-DRH-PMF* |
| *Theriot, Tara v. Bayer et al.* | *3:10-cv-11389-DRH-PMF* |
| *Timmons, Melinda v. Bayer et al.* | *3:10-cv-12103-DRH-PMF* |
| *Triplett, Stephanie v. Bayer et al.* | *3:10-cv-12140-DRH-PMF* |
| *Wagers, Marcy v. Bayer et al.* | *3:10-cv-11368-DRH-PMF* |
| *Wallace, Melissa v. Bayer et al.* | *3:10-cv-20069-DRH-PMF* |
| *Watkins, Heather v. Bayer et al.* | *3:10-cv-12127-DRH-PMF* |
| *Whitsett, Terri v. Bayer et al.* | *3:10-cv-10249-DRH-PMF* |
| *Zuercher, Deborah v. Bayer et al.* | *3:10-cv-12114-DRH-PMF* |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on December 17, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

> **JUSTINE FLANAGAN,**
> **ACTING CLERK OF COURT**
>
> BY: /s/*Cheryl A. Ritter*
> **Deputy Clerk**

**Dated:** December 17, 2014

Digitally signed by David R. Herndon
Date: 2014.12.17 13:18:13 -06'00'

**APPROVED:**
**U.S. DISTRICT JUDGE**
**U. S. DISTRICT COURT**

2